UNITED STATES BANKRUPTCY COURT
DISTRICT OF  DELAWARE

| | | |
|---|---|---|
| In re: | § | |
| | § | |
| STOP 22 LIMITED PARTNERSHIP | § | Case No. 15-11284-LSS |
| | § | |
| Debtor | § | |

CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION
REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY
ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

George L. Miller, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1)  All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned: 24,000.00 *(Without deducting any secured claims)* | Assets Exempt: NA |
| Total Distributions to Claimants:  17,951,318.96 | Claims Discharged Without Payment:  NA |
| Total Expenses of Administration:  101,736.47 | |

3) Total gross receipts of $ 18,053,055.43  (see **Exhibit 1**), minus funds paid to the debtor and third parties of $0.00 (see **Exhibit 2**), yielded net receipts of $ 18,053,055.43  from the liquidation of the property of the estate, which was distributed as follows:

| | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $ 18,000,000.00 | $ 17,903,055.43 | $ 17,903,055.43 | $ 17,903,055.43 |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | NA | 101,736.47 | 101,736.47 | 101,736.47 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | NA | NA | NA | NA |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | NA | NA | NA | NA |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 298,724.77 | 165,703.00 | 165,703.00 | 48,263.53 |
| **TOTAL DISBURSEMENTS** | $ 18,298,724.77 | $ 18,170,494.90 | $ 18,170,494.90 | $ 18,053,055.43 |

4)  This case was originally filed under chapter 7 on  06/12/2015 .  The case was pending for 21 months.

5)  All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**.  The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated:  03/10/2017                    By:/s/George L. Miller
                                                                          Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

EXHIBITS TO
FINAL ACCOUNT

### EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
| Real Property - Condominio Ponce de Leon | 1110-000 | 18,053,055.43 |
| TOTAL GROSS RECEIPTS | | $ 18,053,055.43 |

[1]The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

### EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| NA | | NA | NA |
| TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES | | | $ NA |

### EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | PBF-S22, LLC | 4110-002 | 18,000,000.00 | 17,903,055.43 | 17,903,055.43 | 17,903,055.43 |
| TOTAL SECURED CLAIMS | | | $ 18,000,000.00 | $ 17,903,055.43 | $ 17,903,055.43 | $ 17,903,055.43 |

### EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| George L. Miller | 2100-000 | NA | 10,750.00 | 10,750.00 | 10,750.00 |
| George L. Miller | 2200-000 | NA | 1,798.44 | 1,798.44 | 1,798.44 |
| International Sureties LTD | 2300-000 | NA | 71.17 | 71.17 | 71.17 |
| George L. Miller | 2420-000 | NA | 744.00 | 744.00 | 744.00 |
| Union Bank | 2600-000 | NA | 946.93 | 946.93 | 946.93 |
| Flaster/Greenberg P. C. | 3210-000 | NA | 52,548.50 | 52,548.50 | 52,548.50 |
| Flaster/Greenberg P. C. | 3220-000 | NA | 1,365.40 | 1,365.40 | 1,365.40 |
| Miller Coffey Tate LLP | 3310-000 | NA | 11,863.00 | 11,863.00 | 11,863.00 |
| Miller Coffey Tate LLP | 3320-000 | NA | 126.53 | 126.53 | 126.53 |
| Trillion Realty Group Inc. | 3510-000 | NA | 20,800.00 | 20,800.00 | 20,800.00 |
| Trillion Realty Group Inc. | 3520-000 | NA | 722.50 | 722.50 | 722.50 |
| TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES | | $ NA | $ 101,736.47 | $ 101,736.47 | $ 101,736.47 |

## EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA | NA | NA | NA | NA | NA |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | $ NA | $ NA | $ NA | $ NA |

## EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NA | NA | NA | NA | NA | NA | NA |
| TOTAL PRIORITY UNSECURED CLAIMS | | | $ NA | $ NA | $ NA | $ NA |

## EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Acosta & Ramirez Law Office, LLC P O Box 195492 San Juan, PR 00919-1688 | | 807.50 | NA | NA | 0.00 |
| | Advance Office Electronics P O Box 4410 Carolina, PR 00984 | | 586.51 | NA | NA | 0.00 |
| | Alcom P O Box 140482 Orlando, FL 32814 | | 10,000.00 | NA | NA | 0.00 |
| | Association de Constructores de Hogares de Puerto Rico 250 Ponce de Leon Citibank Towers Suite 202 San Juan, PR 00918-2036 | | 1,885.00 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Department of Internal Revenue 10 Paseo Covadonga San Juan, PR 00901 | | 1,939.38 | NA | NA | 0.00 |
| | Ing. Adrian Cuevas E-11 Calle D San Juan, PR 00926-1444 | | 400.00 | NA | NA | 0.00 |
| | Israel Rolon, CPA 12 De Octubre St., #434 Urbanizacion El Vedado Hato Rey, PR 00918 | | 450.00 | NA | NA | 0.00 |
| | Jorge L. Robert, MSCI, PSC P O Box 192304 San Juan, PR 00919-2304 | | 15,050.00 | NA | NA | 0.00 |
| | Llavona Engineering P O Box 191655 San Juan, PR 00919-1655 | | 12,280.00 | NA | NA | 0.00 |
| | Maderas Alfa Inc. P O Box 360568 San Juan, PR 00936-0568 | | 2,796.15 | NA | NA | 0.00 |
| | Moreda & Moreda, P.S.C. P O Box 366066 San Juan, PR 00936-6066 | | 107,353.86 | NA | NA | 0.00 |
| | Perez & Santiago 527 Sergio Cuevas San Juan, PR 00918 | | 46,603.18 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | PR Real Estate & Business Advisors 1357 Ashford Ave., Suite 170 San Juan, PR 00907 | | 2,720.00 | NA | NA | 0.00 |
| | Puerto Rico Department of Labor Departamento Del Trabajo y Recursos Humanos Seccion de Contribuciones P O Box 191020 San Juan, PR 00919-1020 | | 509.24 | NA | NA | 0.00 |
| | Puerto Rico Power Authority P O Box 364267 San Juan, PR 00936-4267 | | 26,532.94 | NA | NA | 0.00 |
| | State Insurance Fund Corporation P O Box 365028 San Juan, PR 00936-5028 | | 2,943.01 | NA | NA | 0.00 |
| | United Corporate Services, Inc. 320 North 10th St., Suite 120 Sacramento, CA 95811 | | 165.00 | NA | NA | 0.00 |
| 1 | Autoridad De Acueductos Y Alcantarillados | 7100-000 | 65,703.00 | 65,703.00 | 65,703.00 | 48,263.53 |
| 2 | PBF-S22, LLC | 7400-000 | NA | 100,000.00 | 100,000.00 | 0.00 |
| TOTAL GENERAL UNSECURED CLAIMS | | | $ 298,724.77 | $ 165,703.00 | $ 165,703.00 | $ 48,263.53 |

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Exhibit 8

| Case No: | 15-11284 | LSS | Judge: | Laurie Selber Silverstein | Trustee Name: | George L. Miller |
|---|---|---|---|---|---|---|
| Case Name: | STOP 22 LIMITED PARTNERSHIP | | | | Date Filed (f) or Converted (c): | 06/12/2015 (f) |
| | | | | | 341(a) Meeting Date: | 10/27/2015 |
| For Period Ending: | 03/08/2017 | | | | Claims Bar Date: | 02/05/2016 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Est Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1.  Real Property - Condominio Ponce de Leon<br><br>Ponce de Leon Avenue 1507<br>Santurce, Puerto Rico, 00909<br>Property sold subject to credit bid.  Sale approved by Court Order dated 12/17/15 [D.I. 68] | 5,100,000.00 | 18,003,055.43 | | 18,053,055.43 | FA |
| 2.  Void | 0.00 | N/A | | 0.00 | FA |
| 3.  Preference: Ivan F. Tort-Batlle<br><br>Based upon the Trustee's investigation, the preference is uncollectible.  The Trustee did not pursue the preference due to affirmative defenses. | 24,000.00 | 0.00 | | 0.00 | FA |

Gross Value of Remaining Assets

TOTALS (Excluding Unknown Values)       $5,124,000.00       $18,003,055.43                      $18,053,055.43       $0.00

(Total Dollar Amount in Column 6)

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

Initial Projected Date of Final Report (TFR): 12/31/2016       Current Projected Date of Final Report (TFR):

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| Case No: 15-11284 | Trustee Name: George L. Miller |
| Case Name: STOP 22 LIMITED PARTNERSHIP | Bank Name: Union Bank |
| | Account Number/CD#: XXXXXX2543 |
| | CHECKING |
| Taxpayer ID No: XX-XXX6935 | Blanket Bond (per case limit): $5,000,000.00 |
| For Period Ending: 03/08/2017 | Separate Bond (if applicable): |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 12/17/15 | | Putnam Stop 22 Holding LLC | Wire In - Purchase of Condominio Ponce de Leon pursuant to Court Order dated 12/17/15 [D.I. 68] | | $150,000.00 | | $150,000.00 |
| | | | Gross Receipts                        $18,053,055.43 | | | | |
| | | PBF-S22, LLC c/o Putnam Bridge Funding III, LLC 10 Glenville St., Third Floor Greenwich, CT 06831 | ($17,903,055.43) | 4110-002 | | | |
| | 1 | | Real Property - Condominio Ponce de Leon    $18,053,055.43 | 1110-000 | | | |
| 12/21/15 | 600001 | Trillion Consulting Group, Inc. PO Box 16321 San Juan, PR 00908 | VOID | 2990-000 | | $21,522.50 | $128,477.50 |
| 12/23/15 | 600002 | Trillion Rrealty Group, Inc. PO Box 16321 San Juan, PR 00908 | VOID Reversal VOID *Check Not Printed* | 2990-000 | | ($21,522.50) | $150,000.00 |
| 12/23/15 | 600002 | Trillion Rrealty Group, Inc. PO Box 16321 San Juan, PR 00908 | VOID *Check not printed* | 2990-000 | | $21,522.50 | $128,477.50 |
| 12/23/15 | 600003 | Trillion Realty Group, Inc. | VOID | | | $21,522.50 | $106,955.00 |
| | | Trillion Realty Group, Inc. | Invoice #2015-Misc 120401             ($722.50) dated 12/04/15 "For Sale" ad for property | 3520-000 | | | |
| | | Trillion Realty Group, Inc. | Invoice #2015-Misc 121801           ($20,800.00) dated 12/18/15 Marketing fee | 3510-000 | | | |
| 12/24/15 | 600001 | Trillion Consulting Group, Inc. PO Box 16321 San Juan, PR 00908 | VOID | 2990-000 | | ($21,522.50) | $128,477.50 |
| 01/06/16 | 600004 | International Sureties LTD 701 Poydras St Ste 420 New Orleans LA 70139 | Blanket Bond Payment Bond #016026389 from 01/01/16 to 01/01/17 | 2300-000 | | $71.17 | $128,406.33 |

| | | Page Subtotals: | | | $150,000.00 | $21,593.67 | |

**FORM 2**
## ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Case No: 15-11284

Case Name: STOP 22 LIMITED PARTNERSHIP

Taxpayer ID No: XX-XXX6935

For Period Ending: 03/08/2017

Trustee Name: George L. Miller

Bank Name: Union Bank

Account Number/CD#: XXXXXX2543

CHECKING

Blanket Bond (per case limit): $5,000,000.00

Separate Bond (if applicable):

Exhibit 9

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 01/11/16 | 600005 | Trillion Realty Group, Inc | Invoice #2015-Misc 120401 dated 1/04/15 "For Sale" ad for property; Invoice #2015-Misc 1201801 dated 12/18/15 Marketing Fee | | | $21,522.50 | $106,883.83 |
| | | Trillion Realty Group Inc. | Invoice #2015-Misc 120401 ($722.50) dated 1/04/15 "For Sale" ad for property | 3520-000 | | | |
| | | Trillion Realty Group Inc. | Invoice #2015-Misc 1201801 ($20,800.00) dated 12/18/15 Marketing Fee | 3510-000 | | | |
| 01/12/16 | 600003 | Trillion Realty Group, Inc. | VOID | | | ($21,522.50) | $128,406.33 |
| | | Trillion Realty Group, Inc. | $722.50 | 3520-000 | | | |
| | | Trillion Realty Group, Inc. | $20,800.00 | 3510-000 | | | |
| 01/20/16 | | JJaramillo Insurance PO Box 195357 San Juan, PR 00919 | Cancellation of of Insurance Policy | 2420-000 | | ($1,784.00) | $130,190.33 |
| 01/25/16 | | Union Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $107.88 | $130,082.45 |
| 02/22/16 | 600006 | Flaster/Greenberg P. C. 913 N. Market St., Suite 1002 Wilmington, DE 19801 | VOID | | | $52,038.70 | $78,043.75 |
| | | Flaster/Greenberg P. C. | ($1,272.70) | 3220-000 | | | |
| | | Flaster/Greenberg P. C. | ($50,766.00) | 3210-000 | | | |
| 02/25/16 | | Union Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $203.61 | $77,840.14 |
| 03/02/16 | 600007 | Flaster/Greenberg P. C. 913 N. Market St., Suite 1002 Wilmington, DE 19801 | 1st Interim Fee and Expense Application pursuant to Court Order dated 02/18/16 [D.I. 76] | | | $52,038.70 | $25,801.44 |
| | | Flaster/Greenberg P. C. | Expenses ($1,272.70) | 3220-000 | | | |
| | | Flaster/Greenberg P. C. | Fees ($50,766.00) | 3210-000 | | | |

Page Subtotals: $0.00   $102,604.89

**FORM 2**

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Case No: 15-11284

Case Name: STOP 22 LIMITED PARTNERSHIP

Taxpayer ID No: XX-XXX6935

For Period Ending: 03/08/2017

Trustee Name: George L. Miller

Bank Name: Union Bank

Account Number/CD#: XXXXXX2543

CHECKING

Blanket Bond (per case limit): $5,000,000.00

Separate Bond (if applicable):

Exhibit 9

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 03/03/16 | 600006 | Flaster/Greenberg P. C. 913 N. Market St., Suite 1002 Wilmington, DE 19801 | VOID | | | ($52,038.70) | $77,840.14 |
| | | Flaster/Greenberg P. C. | $1,272.70 | 3220-000 | | | |
| | | Flaster/Greenberg P. C. | $50,766.00 | 3210-000 | | | |
| 03/25/16 | | Union Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $180.32 | $77,659.82 |
| 04/25/16 | | Union Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $117.81 | $77,542.01 |
| 05/25/16 | | Union Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $111.36 | $77,430.65 |
| 06/27/16 | | Union Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $114.90 | $77,315.75 |
| 07/25/16 | | Union Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $111.05 | $77,204.70 |
| 08/24/16 | 600008 | Miller Coffey Tate LLP 1628 John F. Kennedy Blvd., Suite 950 Philadelphia, PA 19103 | 1st Fee Application pursuant to Court Order dated 08/23/16 [D.I. 87] | | | $10,813.29 | $66,391.41 |
| | | Miller Coffey Tate LLP | Expenses ($77.29) | 3320-000 | | | |
| | | Miller Coffey Tate LLP | Fees ($10,736.00) | 3310-000 | | | |
| 08/25/16 | 600009 | George L. Miller 8 Penn Center Suite 950 1628 John F. Kennedy Blvd. Philadelphia, PA 19103 | Refund to Trustee for cost of insurance to secure property. The Trustee paid $2,528.00 JJaramillo Insurance because the estate did not have the resources to fund the cost of insurance. This refund from JJaramillo is reimbursement to the Trustee. | 2420-000 | | $1,784.00 | $64,607.41 |

Page Subtotals:                    $0.00          ($38,805.97)

FORM 2

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Case No: 15-11284

Case Name: STOP 22 LIMITED PARTNERSHIP

Taxpayer ID No: XX-XXX6935

For Period Ending: 03/08/2017

Trustee Name:  George L. Miller

Bank Name:  Union Bank

Account Number/CD#:  XXXXXX2543

CHECKING

Blanket Bond (per case limit): $5,000,000.00

Separate Bond (if applicable):

Exhibit 9

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 01/24/17 | 600010 | George L. Miller<br>8 Penn Center Suite 950<br>1628 John F. Kennedy Blvd.<br>Philadelphia, PA  19103 | Final distribution representing a payment of 100.00 % pursuant to Court Order dated 01/20/2017 [D.I. 100] | 2100-000 | | $10,750.00 | $53,857.41 |
| 01/24/17 | 600011 | George L. Miller<br>8 Penn Center Suite 950<br>1628 John F. Kennedy Blvd.<br>Philadelphia, PA  19103 | Final distribution representing a payment of 100.00 % pursuant to Court Order dated 01/20/2017 [D.I. 100] | 2200-000 | | $1,798.44 | $52,058.97 |
| 01/24/17 | 600012 | George L. Miller<br>8 Penn Center Suite 950<br>1628 John F. Kennedy Blvd.<br>Philadelphia, PA  19103 | Final distribution representing a payment of 100.00 % pursuant to Court Order dated 01/20/2017 [D.I. 100] | 2420-000 | | $744.00 | $51,314.97 |
| 01/24/17 | 600013 | Flaster/Greenberg P. C.<br>913 N. Market St., Suite 1002<br>Wilmington, DE 19801 | Distribution | | | $1,875.20 | $49,439.77 |
| | | Flaster/Greenberg P. C. | Final distribution representing a payment of 100.00 % pursuant to Court Order dated 01/20/2017 [D.I. 100]         ($1,782.50) | 3210-000 | | | |
| | | Flaster/Greenberg P. C. | Final distribution representing a payment of 100.00 % pursuant to Court Order dated 01/20/2017 [D.I. 100]         ($92.70) | 3220-000 | | | |
| 01/24/17 | 600014 | Miller Coffey Tate LLP<br>1628 John F. Kennedy Blvd., Suite 950<br>Philadelphia, PA  19103 | Distribution | | | $1,176.24 | $48,263.53 |
| | | Miller Coffey Tate LLP | Final distribution representing a payment of 100.00 % pursuant to Court Order dated 01/20/2017 [D.I. 100]         ($1,127.00) | 3310-000 | | | |
| | | Miller Coffey Tate LLP | Final distribution representing a payment of 100.00 % pursuant to Court Order dated 01/20/2017 [D.I. 100]         ($49.24) | 3320-000 | | | |
| 01/24/17 | 600015 | Autoridad De Acueductos Y Alcantarillados<br>PO Box 7066<br>San Juan PR 00916-7066 | Final distribution to claim 1 representing a payment of 73.46 % pursuant to Court Order dated 01/20/2017 [D.I. 100] | 7100-000 | | $48,263.53 | $0.00 |

Page Subtotals:

$0.00      $64,607.41

UST Form 101-7-TDR (10/1/2010) *(Page: 12)*

| | | |
|---|---:|---:|
| COLUMN TOTALS | $150,000.00 | $150,000.00 |
| Less: Bank Transfers/CD's | $0.00 | $0.00 |
| Subtotal | $150,000.00 | $150,000.00 |
| Less: Payments to Debtors | $0.00 | $0.00 |
| Net | $150,000.00 | $150,000.00 |

Exhibit 9

Page Subtotals:                                                   $0.00                    $0.00

Exhibit 9

TOTAL OF ALL ACCOUNTS

| | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| XXXXXX2543 - CHECKING | $150,000.00 | $150,000.00 | $0.00 |
| | $150,000.00 | $150,000.00 | $0.00 |
| | (Excludes account transfers) | (Excludes payments to debtors) | Total Funds on Hand |

| | |
|---|---|
| Total Allocation Receipts: | $17,903,055.43 |
| Total Net Deposits: | $150,000.00 |
| Total Gross Receipts: | $18,053,055.43 |

Page Subtotals:                $0.00          $0.00